David Lee GARNER, Plaintiff—Appellant,

v.

The SUPREME COURT OF UNITED STATES; The United States Department of Justice; The United States District Court of Boston MA; The South Carolina Administrative Law Court; The South Carolina Supreme Court; President Barack Obama; Former President George Bush, Sr.; Former President George W. Bush, Jr.; Vice President Joe Biden; Former President Dick Cheney; U.S. Secretary of State Hilary Clinton; U.S. Speaker of House Nancy Peloski; U.S. Chief of Staff Rahm Emanuel; Secretary of Defense Robert Gates; R. Miller, Jr.; J. Sheriff; S. Argensta; R. Hamilton; M. Longenburger; C. Tallent; OFC B. Harrison, Defendants—Appellees,

and

Affiliates, Defendant.

No. 12–6890.

United States Court of Appeals, Fourth Circuit.

Submitted: July 13, 2012.

Decided: July 20, 2012.

David Lee Garner, Appellant Pro Se.

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Lee Garner appeals the district court's order accepting the recommendation of the magistrate judge and denying relief in his civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Garner v. Supreme Ct.*, No. 3:11–cv–02702–TLW, 2012 WL 1570053 (D.S.C. May 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*